# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| LAKE ERIE FROZEN FOODS MANUFACTURING COMPANY,<br>   Plaintiff(s),<br><br>- vs -<br><br>CITIGROUP, ET AL,<br><br>   Defendant(s). | CASE NO. 1:11cv1329<br><br>Judge Dan Aaron Polster<br><br>**O R D E R** |

  Pursuant to 28 U.S.C. 455 and General Order 2009-3, the court hereby recuses himself from the above-captioned matter. The court directs that this action be returned to the Clerk of Court for reassignment.

  IT IS SO ORDERED.

                     */s/Dan Aaron Polster 6/29/11*
                     Dan Aaron Polster
                     U. S. District Judge